469 A.2d 294

Commonwealth v. Butler, Appellant.
Petition for Allowance of Appeal
Denied May 11, 1984.

Argued June 15, 1983. John J. O'Brien, for appellant; F. Ned Hand, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and MONTEMURO, JJ.

The judgment of sentence that was entered by the distinguished Judge Leonard Sugerman and that is the subject of Appeal No. 474 Philadelphia 1981, is affirmed.

The Appeal No. 1209 from the order of the Court of Common Pleas of Chester County is quashed.